UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Gayle Daniels,

    Plaintiff,

v.

County of Oakland, *et al.*,

    Defendants.

_____/

Case No. 21-12303

Honorable Sean F. Cox

Case 2:21-cv-12303 has been reassigned to: presiding Judge Linda V. Parker

### ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455(a), I hereby RECUSE myself from the above-styled case.

IT IS ORDERED that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw to another judge of this court.

                                            s/Sean F. Cox
                                            Sean F. Cox
                                            United States District Judge

Dated: October 8, 2021